UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK MORRIS                                                   CIVIL ACTION

VERSUS

BURL CAIN, ET AL                                        NO. 09-648-D-M2

## ORDER

On January 20, 2010, the Court sent petitioner in the above-captioned matter a letter directing him to submit his habeas corpus complaint on approved forms and to pay the requisite filing fee or file a pauper affidavit and statement of account. (R. Doc. 2). The letter advised petitioner that he had fifteen (15) days from receipt of the notice to correct the deficiencies and that, if he failed to do so, his suit would be dismissed by the Court without further notice. As of this date, the petitioner has failed to comply by taking any of the actions directed by the Court.

Accordingly;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (R. Doc. 1) filed by petitioner, Mark Morris, be **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 5th day of MARCH, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE