# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**MARK MORRIS**                                              **CIVIL ACTION**

**VERSUS**

**BURL CAIN, ET AL**                                         **NO. 09-648-D-M2**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days from the date of service of this Notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. The failure of a party to file written objections to the proposed findings, conclusions, and recommendation contained in a Magistrate Judge's Report and Recommendation within 14 days after being served with a copy of the Report shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge that have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in chambers in Baton Rouge, Louisiana, April 22, 2010.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MARK MORRIS**                                               **CIVIL ACTION**

**VERSUS**

**BURL CAIN, ET AL**                                         **NO. 09-648-D-M2**

**MAGISTRATE JUDGE'S REPORT**

This matter is before the Court on the "Motion to Re-Instate Petition" (R. Doc. 4) filed by petitioner, Mark Morris ("Morris"). Morris previously filed a Petition for Writ of Habeas Corpus (R. Doc. 1) with this Court on August 12, 2009. On January 20, 2010, the Court sent Morris a letter (R. Doc. 2) directing him to submit his habeas petition on approved forms and to pay the requisite filing fee or file a pauper affidavit and statement of account. The letter advised Morris that he had fifteen (15) days from receipt of the notice to correct the deficiencies and that, if he failed to do so, his suit would be dismissed by the Court without further notice. When Morris failed to timely comply with the directives in that letter, the Court dismissed his habeas petition without prejudice on March 5, 2010. (R. Doc. 3).

Morris has now filed a motion to re-instate his habeas petition, wherein he contends that he did not receive the Court's January 20, 2010 letter advising him of the deficiencies relating to his habeas petition and, as a result, he did not timely comply therewith. He has also filed a "Notice of Appeal" (R. Doc. 5) concerning the dismissal of his habeas petition. With his "Notice of Appeal," he has submitted a letter dated March 19, 2010 to him from Cindy Vannoy, Lieutenant and Mail/Package Department Supervisor for the Louisiana State Penitentiary, wherein she indicates that Morris' "privileged and certified mail logs" for 2010

1

reveal that he only received privileged mail from the U.S. Middle District Court on March 9, 2010 and March 11, 2010, both dates being subsequent to the Court's dismissal of his habeas petition.  *See*, Exhibit 1, to Morris' Notice of Appeal.  He has also submitted a copy of his "privileged and certified mail logs" for 2010, which reflect only those two mailings. Considering the dates of the two (2) mailings Morris received in 2010, those mailings likely relate to the Court's ruling dismissing his habeas petition dated March 5, 2010 and not to the Court's deficiency letter dated January 20, 2010.  *Id.*  Moreover, even if one of those mailings was the deficiency letter, it was too late for Morris to timely comply with the fifteen (15) day deadline contained in that letter at the time he received it in any event.  Given that Morris has now complied with the January 20, 2010 deficiency letter by filing his habeas application on proper forms and with a supporting memorandum and that his filing fee was paid on March 14, 2010, the undersigned finds that his motion to reinstate habeas petition has merit and should be granted.

## <u>RECOMMENDATION</u>

For the above reasons, it is recommended that the "Motion to Re-Instate Petition" (R. Doc. 4) filed by petitioner, Mark Morris, should be **GRANTED** and that this matter should be **RE-OPENED** for further proceedings.

Signed in chambers in Baton Rouge, Louisiana, .April 22, 2010.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**