UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK MORRIS

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 09-648-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 22, 2010 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the "Motion to Re-Instate Petition" (doc. no. 4) filed by petitioner, Mark Morris, is GRANTED and this matter is RE-OPENED for further proceedings.

Baton Rouge, Louisiana, this 26th day of May, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA