UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK MORRIS

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-648-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 10, 2010 (doc. no. 19). The plaintiff filed an objection which lack merit. The Magistrate Judge has correctly construed the pleadings and petitioner's arguments lack any factual or legal basis.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) filed by Mark Morris is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Baton Rouge, Louisiana, this 19th day of October, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE