# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARK MORRIS                                      CIVIL ACTION

VERSUS

BURL CAIN, ET AL                                 NO. 09-648-JJB-CN

# **RULING**

The petitioner has filed a Notice of Appeal (R. Doc. 30), which this Court interprets as an application for a certificate of appealability pursuant to 28 U.S.C. § 2253(c), and a Motion for Leave to Appeal In Forma Pauperis (R. Doc. 32). Section 2253(c) provides:

>  (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from —
>
>   (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
>
>   (B) the final order in a proceeding under section 2255.
>
>  (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

Under this statute, in order to obtain a certificate of appealability, the petitioner must make a substantial showing of the denial of a federal right. 28 U.S.C. § 2253(c)(2). In addition, he must also show that the issues which he presents are debatable among jurists of reason, that a court could resolve these issues in a different

manner, or that the questions presented are of sufficient import to warrant encouragement to proceed further. *Barefoot v. Estelle*, 463 U.S. 880, 103 S.Ct. 3383, 77 L.Ed.2d 1090 (1983); *Sawyers v. Collins*, 986 F.2d 1493 (5th Cir. 1993), *cert. denied*, 508 U.S. 933, 113 S.Ct. 2405, 124 L.Ed.2d 300 (1993).

Upon a review of this matter, the Court finds that the petitioner has not made the requisite substantial showing of the denial of a federal right, and the Court does not believe that the issues in this case are likely to be debatable among jurists of reason such that a court could resolve this matter differently. Accordingly, the petitioner's Notice of Appeal (R. Doc. 30), which has been interpreted as an application for a certificate of appealability, and his Motion for Leave to Appeal In Forma Pauperis (R. Doc. 32), are hereby denied.

Baton Rouge, Louisiana, this 30th day of JANUARY, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE